STATE OF NEW JERSEY v. WILLIE THOMAS, JR.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. REGINALD NORRIS.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY ADAMS.

June 24, 1980.

Petition for certification denied.